# EXHIBIT 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In the Matter of the Application of  :  Index No.

           :

THE OFFICE OF THE COMMISSIONER OF :
BASEBALL,          :   **AFFIRMATION OF**

           :   **HOWARD L. GANZ**

      Petitioner,  : **IN SUPPORT OF PETITION**

           : **AND ORDER TO SHOW CAUSE**

 against        :  **TO COMPEL COMPLIANCE**

           :   **WITH SUBPOENA**

MICHAEL S. SITRICK,     :

           :

      Respondent, :

           :

For an Order Compelling Compliance with a :
Subpoena.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    HOWARD L. GANZ, an attorney at law duly admitted to practice before the Courts of

the State of New York, hereby affirms the following to be true under penalty of perjury pursuant

to N.Y. C.P.L.R. 2106:

    1. I am a member of the law firm of Proskauer Rose LLP ("Proskauer"), attorneys

for Petitioner The Office of the Commissioner of Baseball, doing business as Major League

Baseball ("MLB"). I am fully familiar with the facts and circumstances set forth herein.

    2. I respectfully submit this Affirmation in support of MLB's petition and motion for an

order pursuant to N.Y. C.P.L.R. 2308(b) compelling Respondent Michael S. Sitrick ("Mr.

Sitrick") to comply with a trial subpoena dated September 19, 2013 (the "Subpoena"). The

Subpoena was issued in the arbitration between the Major League Baseball Players Association

(the "Union") on behalf of Alex Rodriguez ("Rodriguez") and the Office of the Commissioner of

Baseball, Grievance No. 2013-02 (the "Arbitration") currently pending before Fredric R.

Horowitz, Chairman of the Arbitration Panel. The Subpoena requires Respondent to appear

before the Arbitration Panel at The Office of the Commissioner of Baseball, 245 Park Avenue, New York, New York to produce and testify regarding the documents requested in the Subpoena. (A true and correct copy of the Subpoena and Affidavit of Service is annexed hereto as Exhibit 1.)

3. The Subpoena was issued pursuant to N.Y. C.P.L.R. 2305 and 7502 in order to enable MLB to obtain evidence relevant to the claims and defenses in the Arbitration.

**The Background Facts**

4. On or about January 29, 2013, the *Miami New Times*, a Miami-area newspaper, published what it described as excerpts from handwritten records maintained by Anthony Bosch ("Bosch"), the proprietor of a now-defunct anti-aging clinic based in South Florida, last known as "Biogenesis." (A true and correct copy of the *Miami New Times* article is annexed hereto as Exhibit 2.) The hand-written records as published by the *Miami New Times* identified several Major League players as having received from Bosch and/or the clinics with which he was associated certain performance enhancing substances. One of the players so identified was Alex Rodriguez ("Rodriguez") of the New York Yankees.

5. Under agreements that are the product of collective bargaining between MLB and the Major League Baseball Players Association (the "Union") – the Joint Drug Prevention and Treatment Program (the "Joint Drug Agreement") and the Basic Agreement – Major League players are prohibited from possessing or using certain performance enhancing substances and from engaging in conduct that is materially detrimental or materially prejudicial to the best interests of Baseball. Players who possess or use such prohibited substances and/or who engage in such conduct are subject to discipline by MLB.

6. On August 5, 2013, following an investigation, MLB disciplined Rodriguez, by suspending him (effective as of August 8, 2013) for the remainder of the 2013 season and for the entire 2014 season, based upon his continuous and prolonged possession and use of numerous prohibited performance enhancing substances, and for his attempting to cover up his violations of the Joint Drug Agreement and engaging in a course of conduct that was intended to obstruct and frustrate MLB's investigation into his and other players' violations of that Agreement. Pursuant to the Basic Agreement's grievance and arbitration procedures, the Union filed a grievance on behalf of Rodriguez; and, as already noted, the Arbitration of that grievance is currently pending before Arbitrator Fredric R. Horowitz, Chairman of the Arbitration Panel.

7. In the course of its investigation, MLB uncovered evidence indicating that Rodriguez or others acting on his behalf had obtained certain records, which had been maintained by Bosch and/or his clinics, for the apparent purpose of preventing MLB from obtaining those records and from uncovering evidence of Rodriguez's use and possession of prohibited substances.

**The Role of Michael Sitrick and Sitrick & Company**

8. On information and belief, Respondent Michael S. Sitrick is the founder, Chairman, and Chief Executive Officer of Sitrick & Company, a public relations firm. Sitrick & Company has an office in New York located at Seven Times Square, Suite 2600, New York, NY 10036. Mr. Sitrick and Sitrick & Company advertise the New York office as his and its place of business to the public on the company's website. (True and correct copies of Sitrick & Company's webpage and Mr. Sitrick's address card, which is available for download therefrom, are annexed hereto as Exhibit 3.)

9. On information and belief, in or around January 2013, Sitrick & Company was retained to provide public relations services to Rodriguez. In fact, on or about January 29, 2013,

the date of publication of the *Miami New Times* article referred to above, Sitrick & Company issued a statement on behalf of Rodriguez, asserting, *inter alia*, that Rodriguez had never been treated or advised by Bosch and that the documents referenced in the *Miami New Times* article, at least as they related to Rodriguez, were not legitimate. (A true and correct copy of the statement issued by Sitrick & Company on behalf of Rodriguez is annexed hereto as Exhibit 4.)

10. On or about February 5, 2013, *Yahoo! Sports* published a story identifying Major League players who it claimed had received prohibited performance enhancing substances from Bosch - naming players (including Ryan Braun of the Milwaukee Brewers and Francisco Cervelli of the New York Yankees) who had *not* been identified in the *Miami New Times* article that had been published one week earlier. In addition, *Yahoo!* published excerpts of handwritten records said to have been maintained by Bosch that had *not* been published previously by the *Miami New Times* or any other publication.

11. On information and belief, these additional excerpts from Bosch's handwritten records that *Yahoo!* published on February 5, 2013 had been provided to Sitrick & Company by Rodriguez or others acting on his behalf, and were then provided by Sitrick & Company to *Yahoo!*. Indeed, on August 16, 2013, the news program *60 Minutes*, citing two (unnamed) sources with direct knowledge of the matter, published a story on its website reporting that members of Rodriguez's inner circle had obtained and then leaked to *Yahoo!* the Bosch records implicating Braun and Cervelli. (A true and correct copy of the *60 Minutes* story is attached as Exhibit 5.)

**The Subpoena**

12. In connection with MLB's investigation, MLB and the Union agreed that Rodriguez would provide MLB with any documents and information regarding or reflecting any efforts

4

made by Rodriguez or others acting on his behalf to obtain records that had been maintained by Bosch, including but not limited to documents within the possession, custody or control of Sitrick & Company. Alternatively, the Union agreed that, if it was unable to produce such documents or information, it would provide MLB with a certification from Sitrick & Company that Sitrick did not have and never had any such documents. When the Union advised MLB that it was unable to produce the documents in question, an agreed-upon form of certification (an affidavit) was sent to Michael Sitrick and Sitrick & Company for execution. (A true and correct copy of the affidavit sent to Mr. Sitrick and Sitrick & Company is annexed hereto as Exhibit 6.)

13. To date, MLB has received neither responsive documents from Sitrick & Company nor an affidavit from Mr. Sitrick certifying that neither he nor the Company has or ever had the documents in question.

14. Accordingly, on September 19, 2013, MLB served Mr. Sitrick with the Subpoena in compliance with N.Y. C.P.L.R. 308(2) by delivering it on that date to an adult employee of Sitrick & Company at the firm's place of business in New York, along with a witness fee of $40 (forty dollars), and by mailing it to Mr. Sitrick at his firm's place of business in the manner required by N.Y. C.P.L.R. 308(2).

15. On September 27, 2013, counsel for Mr. Sitrick and Sitrick & Company, J. Michael Hennigan, sent me a letter objecting to the Subpoena and stating that Mr. Sitrick would not appear before the Arbitration Panel to testify or provide documents. (A true and correct copy of Mr. Hennigan's September 27, 2013 letter is attached hereto as Exhibit 7.)

16. MLB is seeking an order to compel compliance with the Subpoena because Mr. Sitrick's refusal to comply with the Subpoena has actually impeded MLB's ability to defend

against the grievance by precluding MLB from obtaining information on matters relevant to its claims and defenses in the pending Arbitration.

17. There has been no previous application for the relief sought herein.

New York, New York
October 29, 2013

Howard L. Ganz
HOWARD L. GANZ

ARBITRATION PANEL
FREDRIC R. HOROWITZ, CHAIRMAN
-------------------------------------------------------------------------X
In the matter of the Arbitration between:

MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION
  (Alex Rodriguez)

And

THE OFFICE OF THE COMMISSIONER OF BASEBALL
-------------------------------------------------------------------------X

AFFIDAVIT OF SERVICE
GREIVANCE NO.
2013-02

| STATE OF NEW YORK | ) |
|---|---|
| | ) ss.: |
| QUEENS COUNTY | ) |

Aldane Chambers, being duly sworn, deposes and says: Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

On September 19, 2012, at approximately 5:05 PM, at Sitrick and Company, 7 Times Square, New York, NY 10036, Deponent served the within Trial Subpoena with Attachment A with a witness fee for $40 upon: **Michael S. Sitrick** by delivering to and leaving with Rachel Warzola, Associate, a true and correct copy of said documents.

At the time of said service, Rachel Warzola confirmed that Michael S. Sitrick operates business at the aforementioned address; stated that she would accept the service of the aforementioned Trial Subpoena on behalf of Michael S. Sitrick behalf and acknowledged said service by endorsing a copy of the aforementioned Trial Subpoena.

Rachel Warzola is described as a white female, approximately 26-33 years of age, 130-140 lbs., 5'3"-5'5" tall, and had light brown hair.

Deponent also states that on September 21, 2013, Deponent served a copy of the aforementioned documents upon Michael S. Sitrick by depositing true and correct copies thereof, enclosed in a securely sealed, fully post-paid, Certified Mail, Return Receipt Requested envelope, certificate number 7012 2920 0002 3223 8786; and a First Class Mail envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

  **Michael S. Sitrick**
  Sitrick and Company
  7 Times Square, Suite 2600
  New York, NY 10036

Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action involving the addressee.

_Aldane Chambers_
Aldane Chambers

Sworn to before me this
23rd day of September, 2013

_Karlene S. Jackson_
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in Queens County
Commission Expires November 17, 2013

**ARBITRATION PANEL**
**FREDRIC R. HOROWITZ, CHAIRMAN**

In the matter of the Arbitration between:

Major League Baseball Players Association
(Alex Rodriguez)

and

The Office of the Commissioner of Baseball

Grievance No. 2013-02

**TRIAL SUBPOENA**

To:  Michael S. Sitrick
Sitrick and Company
7 Times Square, Suite 2600
New York, NY 10036

YOU ARE HEREBY COMMANDED that all business and excuses being laid aside to

appear and attend before the Arbitration Panel, at The Office of the Commissioner of Baseball,

245 Park Avenue, New York, NY 10167, or at such other location as may be determined by the

Panel, on September 30, 2013, at 9:00 a.m., and at any recessed or adjourned date of the

arbitration hearing, to testify and give evidence as a witness in the above-captioned arbitration

and bring with you the documents requested in **Attachment A.**

Any questions regarding this subpoena may be addressed to:

Howard Ganz, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
(212) 969-3035
hganz@proskauer.com

*Rachel Warzala*
*Associate, Strick + Co.*

INDEX NO. 653774/2013

RECEIVED NYSCEF: 10/29/2013

# Ganz Aff. Exhibit 1

**ARBITRATION PANEL**
**FREDRIC R. HOROWITZ, CHAIRMAN**

In the matter of the Arbitration between:

Major League Baseball Players Association
(Alex Rodriguez)

and

The Office of the Commissioner of Baseball

Grievance No. 2013-02

**TRIAL SUBPOENA**

To:  Michael S. Sitrick
     Sitrick and Company
     7 Times Square, Suite 2600
     New York, NY 10036

YOU ARE HEREBY COMMANDED that all business and excuses being laid aside to appear and attend before the Arbitration Panel, at The Office of the Commissioner of Baseball, 245 Park Avenue, New York, NY 10167, or at such other location as may be determined by the Panel, on September 30, 2013, at 9:00 a.m., and at any recessed or adjourned date of the arbitration hearing, to testify and give evidence as a witness in the above-captioned arbitration and bring with you the documents requested in **Attachment A.**

Any questions regarding this subpoena may be addressed to:

Howard Ganz, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
(212) 969-3035
hganz@proskauer.com

Failure to comply with this subpoena will subject you to such sanctions as are legally applicable.

Dated: New York, New York
September 19, 2013

BY: /s/ *Fredric R. Horowitz*
Fredric R. Horowitz
Chairman,
On Behalf of the Arbitration Panel

## ATTACHMENT A
## INSTRUCTIONS AND DEFINITIONS

A.    All words, terms, and phrases not specifically defined in these requests are to be given their normal and customary meaning in the context in which they are used in the requests herein.

B.    The term "documents" means writings of any type, all other data compilations from which information can be obtained (including electronic media), and any other means of preserving thoughts or expression, however produced or reproduced, and shall include originals as well as any copies maintained.

C.    The term "communications" includes, but is not limited to, letters, e-mails, memoranda and facsimiles.

D.    The terms "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the documents requested all documents that might otherwise be construed to be outside of the scope of the request.

E.    "Sitrick and Company" or "you" means Sitrick and Company, its agents, employees, officers, directors, principals and other representatives, and its predecessors, successors,

parents, or assigns, collectively and singularly, and their agents, employees, officers, directors, principals, contractors, and other representatives.

F.      "Players" refers to any and all professional baseball players who are employed by or playing for, or have in the past been employed by or played for, any of the 30 Major League Baseball Clubs.  If you are unsure as to whether an individual is employed or plays for, or was employed by or played for, a Major League Baseball Club, Plaintiff's counsel will provide a list of such players upon your request.  The term "Players" also includes any representatives— including attorneys, agents, assistants, consultants, or employees—of such current or former Major League Baseball players.

G.      The use of the singular form of any word includes the plural and vice versa.

H.      If a document required to be produced by this Subpoena is not produced on the ground that it is privileged and therefore not subject to disclosure, the following information shall be supplied for each document:  (a) the nature of the privilege asserted with respect to the document; (b) the date of the document; (c) the name and title of the document; (d) the name and title of each person who received the document; (e) a description of the type of document and the contents of the document; and (f) the name and title of the person having custody of the document.

I.      If a document required to be produced by this Subpoena cannot be produced because it has been lost, discarded or destroyed, the following information shall be supplied for each document: (a) the type of document (e.g., email, letter, agreement, etc.); (b) the individual who prepared the document; (c) the recipients of the document; (d) the subject matter of the document; (e) the title of the document (if any); (f) the date of the document; (g) number of pages; (h) all persons to whom the document was distributed, shown or explained; (i) the date or approximate date it was lost, discarded or destroyed; (j) the circumstances and manner in which

it was lost, discarded or destroyed; (k) the reason(s) for disposing of the document (if discarded or destroyed); (l) the identity of all persons authorizing or having knowledge of the circumstances surrounding the disposal or destruction of the document; and (m) the identity of the person(s) who lost, discarded or destroyed the document.

## DOCUMENTS TO BE PRODUCED

1.       Any and all documents or communications exchanged between you on the one hand and Alex Rodriguez and/or persons or entities acting on his behalf (including but not limited to Black, Srebnick, Kornspan & Stumpf, P.A.) on the other from October 1, 2012 to the present relating to any Players (not including Rodriguez), Anthony Bosch, Biogenesis, Biokem, Porter Fischer, Yuri Sucart, articles appearing in the *Miami New Times* and/or Major League Baseball's investigation into the distribution of Performance Enhancing Substances.

2.       Any and all documents or communications exchanged between you and any representative of any media outlet, including but not limited to Yahoo! from October 1, 2012 to the present relating to any Players, Anthony Bosch, Biogenesis, Biokem, Porter Fischer, Yuri Sucart, articles appearing in the *Miami New Times* and/or Major League Baseball's investigation into the distribution of Performance Enhancing Substances.

# Ganz Aff. Exhibit 2





THE WORLD'S #1 HOME IMPROVEMENT STORE
Best Hardware Store  -Best of New Times
www.ShellLumber.com

**Blogs**

NEWS ⌄

MIAMI NEWS | LOCAL NEWS BLOG | STROUSE | LUKE'S GOSPEL | LETTERS | SPECIAL REPORTS | ARCHIVES SEARCH | WEEKLY NEWSLETTER | GET MOBILE

Search

FONTAINEBLEAU' BLEAULIVE™ PRESENTS THE BAND PERRY OCTOBER 13, 2013  LEARN MORE ▶

## Riptide
Miami News | Crime | Sports | Debauchery

TOP
BLOG
STORIES


Marissa Alexander Granted New Trial
By Kyle Munzenrieder


Chris Bosh on Future of Heat's Big Three
By Kyle Munzenrieder


Editor Manny Garcia Leaving El Nuevo Herald
By Tim Elfrink

---

Sports

# The A-Rod Files: Every Mention of the Yankees Slugger in Tony Bosch's Records

By Tim Elfrink Tue., Jan. 29 2013 at 10:28 AM          12 Comments 💬
Categories: Sports

Like 227   Send   Tweet 219   • Sun          2

This week, *New Times* takes you inside Biogenesis, an
anti-aging clinic in Coral Gables run by Miami
entrepreneur Anthony Bosch. His name is familiar to
sports fans because he and his father, Dr. Pedro Bosch,
were probed by authorities in 2009 when Manny
Ramirez was suspended for violating baseball's drug
rules.

An extraordinary cache of Bosch's records suggests that
Bosch has been supplying performance-enhancing
drugs to some of the biggest names in sports, including
Yankees slugger Alex Rodriguez. Click through for a full
look at all of A-Rod's appearances in Bosch's files.


photo via Wikimedia Com Keitl

*See also:*
-- *A Miami Clinic Supplies Drugs to Sports' Biggest Names*
-- *Special Report: Tony Bosch and Biogenesis -- MLB Steroid Scandal*

**Update:** A-Rod has responded to our story, sending a statement to the *New York Post's*
Joel Sherman: "The news report about a purported relationship between Alex Rodriguez
and Anthony Bosch are not true. Alex Rodriguez was not Mr. Bosch's patient, he was never
treated by him and he was never advised by him. The purported documents referenced in
the story -- at least as they relate to Alex Rodriguez -- are not legitimate."

Gio Gonzalez has also issued a denial via Twitter: "I've never used performance enhancing
drugs of any kind and I never will ,I've never met or spoken with tony Bosch or used any
substance."

First, a word about the records. *New Times* reviewed a wide range of Biogenesis files, from
a neatly kept spreadsheet of patients dated June 2012 to folders of loose documents.
There are also daily logs of visitors and, most important, Tony Bosch's personal
notebooks from 2009 through 2012.

## Hottest Conversations



Miami's Ten Best Pizzas
67 Comments

Free Shotguns to People in Florida
48 Comments

In Case You Missed It







Eight Shocks Miamians Experience Every Time They Visit "Real America"

Miami Herald Prints Same Article Twice, One Week After Previous Production Snafu

Florida Man Left Toddler in Pickup Truck While He Drank at Strip Club

Recommended by


NORTH AMERICA'S ULTIMATE CARNIVAL EXPERIENCE
PARADE & CONCERT
SUN LIFE STADIUM
HOME OF THE MIAMI DOLPHINS
2269 NW 199TH ST, MIAMI GARDENS, FL 33056
www.miamibrowardcarnival.com

## Around The Web


Ten worst domestic-travel cities for summer 2013
Westword

In all, we reviewed 256 pages of handwritten notes from Bosch, a half-dozen full patient files, and more than 100 pages of other business documents from Biogenesis.

How did we authenticate the records? *New Times* called dozens of numbers from client lists and Bosch's personal notebooks. Virtually everyone we spoke with acknowledged their involvement with the clinic or politely declined to comment. There wasn't a single denial. We also spoke to six clients who confirmed that their information — as recorded in the records — was accurate. Two former Biogenesis employees described intimate details of the clinic and its business.

Bosch's personal notebooks also check out in every other respect. Scrawled numbers to diagnostic clinics reach diagnostic clinics. Details about Bosch's family life, business plans, and debts match public records.

Alex Rodriguez appears 16 times in the documents we reviewed. His name is recorded as "Alex Rod" or "Alex R." or by his nickname at the clinic, "Cacique." This is particularly interesting because on ESPN, he acknowledged using PEDs but said he stopped in 2003.

It's also important to note that Rodriguez's cousin, Miami resident Yuri Sucart, frequently appears in the same records on the same days as Rodriguez. Sucart has been identified in the past as Rodriguez's source for performance-enhancing drugs.

Now, to the records. We have redacted names that don't appear multiple times in the records or who couldn't be confirmed outside the records in some way. Also left out are regular clients whose names we did not believe to be newsworthy. More records will be posted on Riptide over the next few days.

First, Biogenesis's client list as of June 2012 includes a number of ballplayers, as well as their nicknames used by Bosch in his personal notebooks. A-Rod was "Cacique":



This entry is from a Bosch notebook:

As is this:




**Biogenesis Fallout**
New Times Broward-Palm Beach

**What's Rick Scott Gonna Veto?**
New Times Broward-Palm Beach

From the Vault


 **Miami New Times**
Like

33,007 people like Miami New Times.

  

Facebook social plugin

## Slideshows

 Closer Look: Wolfgang's Steakhouse in Downtown Miami

 STRFKR at Grand Central

 Atlanta Falcons vs. Miami Dolphins at Sun Life Stadium

More Slideshows >>



## Retail

**General**
Sexxxy Depot
View Ad | View Site



MiamiNewTimes.com



La Familia Pawn
View Ad | View Site

The Stage
View Ad | View Site

Bikini Brasil
View Ad | View Site

More >>

planetlighting
fans bulbs furniture

And this:

MiamiNewTimes.com

# New Times

**MIAMI**

## Blogs



MIAMI SPICE
iLvve MiamiSpice.com

Lunch $19* or $23* | Dinner $33* or $39*
*3-course meal includes appetizer, entrée and dessert.
Beverage, tax and gratuity are not included.

NEWS ∨

MIAMI NEWS | LOCAL NEWS BLOG | STROUSE | LUKE'S GOSPEL | LETTERS | SPECIAL REPORTS | ARCHIVES SEARCH | WEEKLY NEWSLETTER | GET MOBILE

Search

FONTAINEBLEAU' **BLEAULIVE** PRESENTS **THE BAND PERRY** OCTOBER 13, 2013    LEARN MORE ▶

## Riptide

Miami News | Crime | Sports | Debauchery

TOP
BLOG
STORIES


Mariase
Alexander
Granted New
Trial
**By Kyle
Munzenrieder**


Chris Bosh on
Future of Heat's
Big Three
**By Kyle
Munzenrieder**


Editor Manny
Garcia Leaving El
Nuevo Herald
**By Tim Elfrink**

Sports

# The A-Rod Files: Every Mention of the Yankees Slugger in Tony Bosch's Records

By Tim Elfrink Tue., Jan. 29 2013 at 10:28 AM
Categories: Sports

12 Comments

Like  227    Send    Tweet  219    • Sum

Continued from page 1

This comes from a Bosch notebook



As does this:

### Hottest Conversations


**Miami's Ten Best Pizzas**
67 Comments


**Free Shotguns to People in Florida**
48 Comments

**In Case You Missed It**


Miami Women
Aren't Particularly
Picky, Claims
Dating Site


Two Bales of
Marijuana Wash
Up in Biscayne
National Park


81-Year-Old
Hialeah Man
Shoots Woman in
Butt With BB Gun,
Then Kills Himself
During SWAT
Standoff

Recommended by


That's right, we're
now serving breakfast!
Try the melty, morning
goodness from 7-11 a.m.

dailymelt

Shops of Midtown

### Around The Web


**Ten worst domestic-travel cities for summer 2013**
Westward



MiamiNewTimes.com

This comes from Bosch's "2011" notebook:



MiamiNewTimes.com

As does this:



MiamiNewTimes.com

This is from the "2012" notebook:

ALEX RODRIGUEZ

MiamiNewTimes.com

As is this:



Biogenesis Fallout
New Times Broward-Palm Beach

What's Rick Scott Gonna Veto?
New Times Broward-Palm Beach

From the Vault

You've Got a Life Sentence On Your Fac

NT
New Times
Miami New Times
Like

33,007 people like Miami New Times.

   

Facebook social plugin

Slideshows


Closer Look: Wolfgang's Steakhouse in Downtown Miami


STRFKR at Grand Central


Atlanta Falcons vs. Miami Dolphins at Sun Life Stadium

More Slideshows >>

<< Previous Page | 1 | 2 | 3 | Next Page >>

## GET THE WEEKLY NEWSLETTER

Our weekly feature stories, movie reviews, calendar picks and more - minus the newsprint and sent directly to your inbox.

enter email

Tags: A-Rod, Alex Rodriguez, Biogenesis, Tony Bosch

 Email to Friend  Write to Editor  Print Article           submit

### We Recommend


Yankees' Fond, and Not So Fond, Farewells
(The New York Times)


Carlita, Zoo Miami's White Tiger and Most Memorable Creature, Is Dead
(Riptide 2.0)


Keys Man Airlifted to Miami After Golf Club Attack Over Facebook
(Riptide 2.0)


Miss Florida Myrrhanda Jones Represents "America's Weirdest State" by Tearing ACL, Wearing Bedazzled Knee Brace
(Riptide 2.0)

Recommended by

**12 comments**

 MYVOICE NATION

**Sign in** or **Create Account**

1 person listening

+ Follow                                  Post comment as...

Newest | Oldest | Top Comments


DEALIGHTFUL!
VOICE DAILY DEALS
Presented By New Times
SAVE UP TO 90% DAILY.
SIGN UP TODAY ▶

Retail


Will Call Miami
View Ad | View Site


Burger Beast
View Ad | View Site


Mykonos Greek Restaurant
View Ad | View Site


Marriott Biscayne Bay
View Ad | View Site
Catch

More >>

  planet lighting
lamps bulbs furniture 



## Blogs



Lunch $19* or $23* | Dinner $33* or $39*
*3-course meal includes appetizer, entrée and dessert.
Beverage, tax and gratuity not included.

NEWS ⌄          Search

MIAMI NEWS | LOCAL NEWS BLOG | STROUSE | LUKE'S GOSPEL | LETTERS | SPECIAL REPORTS | ARCHIVES SEARCH | WEEKLY NEWSLETTER | GET MOBILE

FONTAINEBLEAU · BLEAULIVE™ PRESENTS THE BAND PERRY OCTOBER 13, 2013   LEARN MORE ▶

## Riptide
Miami News | Crime | Sports | Debauchery

TOP BLOG STORIES




Marissa Alexander Granted New Trial
By Kyle Munzenrieder


Chris Bosh on Future of Heat's Big Three
By Kyle Munzenrieder


Editor Manny Garcia Leaving El Nuevo Herald
By Tim Elfrink

Sports

# The A-Rod Files: Every Mention of the Yankees Slugger in Tony Bosch's Records

By Tim Elfrink Tue., Jan. 29 2013 at 10:28 AM
Categories: Sports

12 Comments

Like 227   Send    Tweet 219    • Sign     2

Continued from page 2

This is also from the "2012" notebook:



As is this:



This comes from a file of documents from the office:

 

19th Annual World Congress on
Anti-Aging and Aesthetic Medicine

## Hottest Conversations


Miami's Ten Best Pizzas
67 Comments


Free Shotguns to People in Florida
48 Comments


$35 for a Beer Socialite ticket package to Grovetoberfest ($70 value)
DAILY DEALS
VoiceDailyDeals.com
View Deal   50%


Opening a new location on Lincoln Road
SOUTH BEACH | URBAN OUTFITTERS
Interested in working for us?
Management Positions Available!
COME TO OUR JOB FAIR
Wednesday, October 2nd 10am-4pm
653 Collins Avenue | Miami Beach
Apply Online URBANOUTFITTERS.com/work

## Around The Web


Rubio on DOMA Is a Whole Lot of Dumb
New Times Broward-Palm Beach



X MIC + K WEEK (T R T)

✓ AM supplements — CAL / MAG / ZINC
AMINO ACIDS
VIT. D
OMEGA 3-6-9
5-HTP

✓ PM supplements — DHEA
RESVERATROL
MELATONIN
GLUCOSAMINE
ALPHA LIPOIC ACID.

X Pain cream pain
X ibuprofen / ketoprofen cream

See you in Orlando!
20th Annual World Congress on Anti-Aging and Aesthetic Medicine
Marriott World Center May 17-19, 2012
Register online at www.a4m.com or call 1-888-997-0112

MiamiNewTimes.com

As does this:

~~ALEX R (THURSDAY BLOOD DRAW)~~

BLOOD DRAW KIT
4 CA-2 SHOTS OF IGF-1
ORAL ACTIVAGEN
CREAMS. L-GLUT
TEST @ 10%.
TRI-MIX @ 19%.
KETO / IBU
} ORDER
9 SHOTS OF HCG / GIANT @ .TIU
CAL / MAG / ZINC x 1 AM / 1 PM
6 SHOTS OF HGH @ 2.5 IU
DHEA PM 25-50 mg.
AMINO ACIDS PRN. DAILY.
VIT D3 } AS DIRECTED

MiamiNewTimes.com

And finally, this as well:

TONY ⑥ YURI SUCART (500 / 1) NATURAL / ORAL
⑦ ALEX RODRIGUEZ (3,500 / 1) ADDITIONAL TOURN...
1.5/1.5 HGH (SPLIT DAILY); CREAMS TEST / GLUT; TROCHES
...MIC ... SPORTS BAR DIET.

MiamiNewTimes.com


The Fighting Fans Of Steeplechase
Houston Press


Stage Lyons
Riverfront Times

From the Vault




Miami New Times
Like

33,007 people like Miami New Times.



Facebook social plugin

## Slideshows


Closer Look: Wolfgang's Steakhouse in Downtown Miami


STRFKR at Grand Central


Atlanta Falcons vs. Miami Dolphins at Sun Life Stadium

More Slideshows >>