UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE OFFICE OF THE COMMISSIONER OF BASEBALL,<br><br>                    Petitioner,<br><br>              v.<br><br>MICHAEL S. SITRICK,<br><br>                    Respondent. | Case No. 13 Civ. 7990 (ER) (ECF Case)<br><br>**NOTICE OF**<br>**CROSS-MOTION** |

**PLEASE TAKE NOTICE** that upon the Cross-Petition of intervenor and cross-movant Alexander Emmanuel Rodriguez ("Mr. Rodriguez"), dated November 15, 2013, the Declaration of Jordan W. Siev, Esq., dated November 15, 2013, and all exhibits annexed thereto, the Declaration of Roy Black, Esq., dated November 15, 2013, and the accompanying Memorandum of Law, dated November 15, 2013, and upon all of the prior pleadings and proceedings heretofore had herein, Mr. Rodriguez, by and through his undersigned counsel, will cross-move before the Honorable Edgardo Ramos, Room 619, at the United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007, on November 19, 2013 at 4:30 p.m., or a subsequent date and time to be determined by the Court, for an Order:

1. Pursuant to Rule 24 of the Federal Rules of Civil Procedure, permitting Mr. Rodriguez to intervene in the above-captioned action;

2. Pursuant to Rule 45 of the Federal Rules of Civil Procedure, quashing the Arbitration Subpoena issued by the Petitioner to Respondent on or about September 19, 2013 (the "Subpoena") or, in the alternative, for a protective order limiting the Subpoena pursuant to Rule 26(c) of the Federal Rules of Civil Procedure;

3. Granting the Cross-Petition; and

4. Granting such other and further relief the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order to Show Cause dated November 12, 2013, answering papers, if any, in connection with the foregoing motions are to be served so as to be received by the undersigned, as well as counsel for Respondent, by November 18, 2013.

| | |
|---|---|
| Date:  New York, New York<br>        November 15, 2013 | **REED SMITH LLP**<br><br>By: _____<br>     Jordan W. Siev, Esq.<br>     James C. McCarroll, Esq.<br>     Casey D. Laffey, Esq.<br>     599 Lexington Avenue<br>     New York, New York 10022<br>     Tel: (212) 521-5400<br>     Fax: (212) 521-5450<br><br>TACOPINA SEIGEL & TURANO, P.C.<br>Joseph Tacopina, Esq.<br>275 Madison Avenue<br>New York, New York 10016<br>Tel: (212) 227-8877<br><br>GORDON & REES LLP<br>Wm. David Cornwell, Sr., Esq.<br>3455 Peachtree Road, Suite 1500<br>Atlanta, Georgia 30326<br>Tel: (404) 869-9054<br><br>*Attorneys for Intervenor and Cross-Movant Alexander Emmanuel Rodriguez* |

- 3 -

TO:    PROSKAUER ROSE LLP
Howard L. Ganz
Neil H. Abramson
Adam M. Lupion
11 Times Square
New York, NY 10036
Tel. (212) 969-3000
Fax (212) 969-2900
hganz@proskauer.com
nabramson@proskauer.com
alupion@proskauer.com

*Attorneys for Petitioner*
*The Office of the Commissioner of Baseball*

McKOOL SMITH, P.C.
Peter J. Most
Gayle R. Klein
One Bryant Park, 47th Floor
New York, NY 10036
Tel. (212) 402-9405
Fax (212) 402-9444
pmost@mckoolsmith.com
gklein@mckoolsmith.com

*Attorneys for Respondent*
*Michael S. Sitrick*