**Exhibit A**

**ARBITRATION PANEL**
**FREDRIC R. HOROWITZ, CHAIRMAN**

| | |
|---|---|
| In the matter of the Arbitration between:<br><br>Major League Baseball Players Association (Alex Rodriguez)<br><br>and<br><br>The Office of the Commissioner of Baseball | Grievance No. 2013-02<br><br>**TRIAL SUBPOENA** |

To:   Michael S. Sitrick
      Sitrick and Company
      7 Times Square, Suite 2600
      New York, NY 10036

YOU ARE HEREBY COMMANDED that all business and excuses being laid aside to appear and attend before the Arbitration Panel, at The Office of the Commissioner of Baseball, 245 Park Avenue, New York, NY 10167, or at such other location as may be determined by the Panel, on September 30, 2013, at 9:00 a.m., and at any recessed or adjourned date of the arbitration hearing, to testify and give evidence as a witness in the above-captioned arbitration and bring with you the documents requested in **Attachment A**.

Any questions regarding this subpoena may be addressed to:

> Howard Ganz, Esq.
> Proskauer Rose LLP
> 11 Times Square
> New York, NY 10036
> (212) 969-3035
> hganz@proskauer.com

Failure to comply with this subpoena will subject you to such sanctions as are legally applicable.

Dated: New York, New York
September 19, 2013

BY: */s/ Fredric R. Horowitz*_____
Fredric R. Horowitz
Chairman,
On Behalf of the Arbitration Panel

# ATTACHMENT A
## INSTRUCTIONS AND DEFINITIONS

A. All words, terms, and phrases not specifically defined in these requests are to be given their normal and customary meaning in the context in which they are used in the requests herein.

B. The term "documents" means writings of any type, all other data compilations from which information can be obtained (including electronic media), and any other means of preserving thoughts or expression, however produced or reproduced, and shall include originals as well as any copies maintained.

C. The term "communications" includes, but is not limited to, letters, e-mails, memoranda and facsimiles.

D. The terms "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the documents requested all documents that might otherwise be construed to be outside of the scope of the request.

E. "Sitrick and Company" or "you" means Sitrick and Company, its agents, employees, officers, directors, principals and other representatives, and its predecessors, successors,

parents, or assigns, collectively and singularly, and their agents, employees, officers, directors, principals, contractors, and other representatives.

F.  "Players" refers to any and all professional baseball players who are employed by or playing for, or have in the past been employed by or played for, any of the 30 Major League Baseball Clubs.  If you are unsure as to whether an individual is employed or plays for, or was employed by or played for, a Major League Baseball Club, Plaintiff's counsel will provide a list of such players upon your request.  The term "Players" also includes any representatives— including attorneys, agents, assistants, consultants, or employees—of such current or former Major League Baseball players.

G.  The use of the singular form of any word includes the plural and vice versa.

H.  If a document required to be produced by this Subpoena is not produced on the ground that it is privileged and therefore not subject to disclosure, the following information shall be supplied for each document:  (a) the nature of the privilege asserted with respect to the document; (b) the date of the document; (c) the name and title of the document; (d) the name and title of each person who received the document; (e) a description of the type of document and the contents of the document; and (f) the name and title of the person having custody of the document.

I.  If a document required to be produced by this Subpoena cannot be produced because it has been lost, discarded or destroyed, the following information shall be supplied for each document: (a) the type of document (e.g., email, letter, agreement, etc.); (b) the individual who prepared the document; (c) the recipients of the document; (d) the subject matter of the document; (e) the title of the document (if any); (f) the date of the document; (g) number of pages; (h) all persons to whom the document was distributed, shown or explained; (i) the date or approximate date it was lost, discarded or destroyed; (j) the circumstances and manner in which

3

it was lost, discarded or destroyed; (k) the reason(s) for disposing of the document (if discarded or destroyed); (l) the identity of all persons authorizing or having knowledge of the circumstances surrounding the disposal or destruction of the document; and (m) the identity of the person(s) who lost, discarded or destroyed the document.

## DOCUMENTS TO BE PRODUCED

1.     Any and all documents or communications exchanged between you on the one hand and Alex Rodriguez and/or persons or entities acting on his behalf (including but not limited to Black, Srebnick, Kornspan & Stumpf, P.A.) on the other from October 1, 2012 to the present relating to any Players (not including Rodriguez), Anthony Bosch, Biogenesis, Biokem, Porter Fischer, Yuri Sucart, articles appearing in the *Miami New Times* and/or Major League Baseball's investigation into the distribution of Performance Enhancing Substances.

2.     Any and all documents or communications exchanged between you and any representative of any media outlet, including but not limited to Yahoo! from October 1, 2012 to the present relating to any Players, Anthony Bosch, Biogenesis, Biokem, Porter Fischer, Yuri Sucart, articles appearing in the *Miami New Times* and/or Major League Baseball's investigation into the distribution of Performance Enhancing Substances.

ARBITRATION PANEL
FREDRIC R. HOROWITZ, CHAIRMAN
-----------------------------------------------------------------------X   AFFIDAVIT OF SERVICE
In the matter of the Arbitration between:                                  GREIVANCE NO.
                                                                           2013-02

MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION
(Alex Rodriguez)

And

THE OFFICE OF THE COMMISSIONER OF BASEBALL
-----------------------------------------------------------------------X
STATE OF NEW YORK         )
                          ) ss.:
QUEENS COUNTY             )

     Aldane Chambers, being duly sworn, deposes and says: Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

     On September 19, 2012, at approximately 5:05 PM, at Sitrick and Company, 7 Times Square, New York, NY 10036, Deponent served the within Trial Subpoena with Attachment A with a witness fee for $40 upon: **Michael S. Sitrick** by delivering to and leaving with Rachel Warzola, Associate, a true and correct copy of said documents.

     At the time of said service, Rachel Warzola confirmed that Michael S. Sitrick operates business at the aforementioned address; stated that she would accept the service of the aforementioned Trial Subpoena on behalf of Michael S. Sitrick behalf and acknowledged said service by endorsing a copy of the aforementioned Trial Subpoena.

     Rachel Warzola is described as a white female, approximately 26-33 years of age, 130-140 lbs., 5'3"-5'5" tall, and had light brown hair.

     Deponent also states that on September 21, 2013, Deponent served a copy of the aforementioned documents upon Michael S. Sitrick by depositing true and correct copies thereof, enclosed in a securely sealed, fully post-paid, Certified Mail, Return Receipt Requested envelope, certificate number 7012 2920 0002 3223 8786; and a First Class Mail envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:
**Michael S. Sitrick**
Sitrick and Company
7 Times Square, Suite 2600
New York, NY 10036

Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action involving the addressee.

                                                          *Aldane Chambers*
                                                           Aldane Chambers

Sworn to before me this
23rd day of September, 2013

*Karlene S. Jackson*
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in Queens County
Commission Expires November 17, 2013

**ARBITRATION PANEL**
**FREDRIC R. HOROWITZ, CHAIRMAN**

In the matter of the Arbitration between:

Major League Baseball Players Association
(Alex Rodriguez)

and

The Office of the Commissioner of Baseball

Grievance No. 2013-02

**TRIAL SUBPOENA**

To: Michael S. Sitrick
Sitrick and Company
7 Times Square, Suite 2600
New York, NY 10036

YOU ARE HEREBY COMMANDED that all business and excuses being laid aside to appear and attend before the Arbitration Panel, at The Office of the Commissioner of Baseball, 245 Park Avenue, New York, NY 10167, or at such other location as may be determined by the Panel, on September 30, 2013, at 9:00 a.m., and at any recessed or adjourned date of the arbitration hearing, to testify and give evidence as a witness in the above-captioned arbitration and bring with you the documents requested in **Attachment A**.

Any questions regarding this subpoena may be addressed to:

Howard Ganz, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
(212) 969-3035
hganz@proskauer.com

*[signature]*
Rachel Warzala
Associate, Sitrick & Co.