**Exhibit C**

REPORT TO THE COMMISSIONER OF BASEBALL

OF AN INDEPENDENT INVESTIGATION INTO

THE ILLEGAL USE OF STEROIDS AND OTHER

PERFORMANCE ENHANCING SUBSTANCES

BY PLAYERS IN MAJOR LEAGUE BASEBALL

GEORGE J. MITCHELL

DLA PIPER US LLP

December 13, 2007

specifically, his reported admissions to federal agents that he had used steroids and human growth hormone.   In September 2007, Cincinnati Reds catcher Ryan Jorgenson also was suspended for 50 games based on non-analytic evidence that he had violated the joint program. In December 2007, two players, Jay Gibbons and Jose Guillen, were each suspended for 15 days based on non-analytic evidence of past violations of the joint program.

D.     The Rise of the "Steroids Era"

Reports of steroid use in Major League Baseball began soon after the widely publicized discipline of Canadian sprinter Ben Johnson at the Summer Olympic Games in September 1988.  Jose Canseco of the Oakland Athletics was the subject of the first media speculation about his use of steroids, and Boston Red Sox fans taunted him for his alleged steroids use during the 1988 American League Championship Series.

News reports about alleged steroid use in baseball grew more frequent throughout the 1990s.  In 1996, after a dramatic increase in offense throughout Major League Baseball, Ken Caminiti of the San Diego Padres was voted the National League's Most Valuable Player.  In a 2002 Sports Illustrated article, he admitted that he had been using steroids that season and credited them for his increased power.  In August 1998, coverage of the issue reached what seemed at the time to be a peak, when an article reported that Mark McGwire was using the then-legal steroid precursor androstenedione while chasing the single-season home run record.

With the benefit of hindsight, it is clear that baseball missed the early warning signs of a growing crisis.  Then, beginning in the summer of 2000, a number of incidents involving steroids or drug paraphernalia came to the attention of club and Commissioner's Office officials, and the Players Association.  They included:

- In June 2000, state police in Boston discovered steroids and hypodermic needles in the glove compartment of a vehicle belonging to a Boston Red Sox infielder;