USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/22/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE OFFICE OF THE COMMISSIONER OF BASEBALL,

                Petitioner,

- against -

MICHAEL S. SITRICK,

                Respondent.
-----------------------------------------------------------x

**ORDER**

13 Civ. 7990 (ER)

RAMOS, D.J.:

    Mr. Sitrick is ordered to comply with the subpoena to the extent that it seeks information and documents concerning whether he and/or Sitrick & Co. has or ever had possession, custody or control of any records (originals or copies, and whether in hard copy or electronic form) of Anthony Bosch, Biogenesis or related entities, except for any copies of such records that Mr. Sitrick and/or Sitrick & Co. may have obtained through publically available sources, such as through the media or the Internet, and, if so,

    a) whether Mr. Sitrick and/or Sitrick & Co. received any such documents from Mr. Rodriguez or others acting on his behalf, and

    b) whether Sitrick and/or Sitrick & Co. provided any such documents to *Yahoo! Sports*.

    Mr. Sitrick shall produce any such documents that are currently in his and/or Sitrick & Co.'s possession, custody or control, or, if such documents were at one time but no longer are in his and/or Sitrick & Co.'s possession, custody or control, what disposition was made of such documents.

Alternatively, if neither Mr. Sitrick nor Sitrick & Co. ever possessed the sought-after documents, then the Commissioner has provided a certification that can be signed to that effect.

Beyond these modifications to the subpoena issued to Mr. Sitrick, issues of privilege and relevance are to be decided by the arbitrator.

SO ORDERED.

Dated:   November 22, 2013
         New York, New York

_____
Edgardo Ramos, U.S.D.J.