UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE OFFICE OF THE COMMISSIONER OF BASEBALL,<br><br>Petitioner,<br><br>-against-<br><br>MICHAEL S. SITRICK,<br><br>Respondent. | 13 Civ. 7990 (ER)<br><br>ECF<br><br>NOTICE OF APPEAL IN A CIVIL CASE |

Notice is hereby given that respondent Michael S. Sitrick hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment ordering Mr. Sitrick to comply with Petitioner's Subpoena (as modified) entered in this action on the 22nd day of November, 2013.

Dated: New York, New York
December 5, 2013

MCKOOL SMITH, P.C.

By: /s/ Gayle R. Klein
Gayle R. Klein
John C. Briody
Sachin S. Bansal
Matthew Fleischman
One Bryant Park, 47th Floor
New York, NY 10017
(212) 402-9400
gklein@mckoolsmith.com

*Attorneys for Michael S. Sitrick*