UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE OFFICE OF THE COMMISSIONER OF BASEBALL, <br><br> Petitioner, <br><br> -against- <br><br> MICHAEL S. SITRICK <br><br> Respondent. | 13 Civ. 7990 (ER) <br><br> ECF <br><br> NOTICE OF MOTION OF MICHAEL S. SITRICK TO STAY NOVEMBER 22, 2013 ORDER PENDING APPEAL |

**PLEASE TAKE NOTICE** that upon the supporting Declaration of John C. Briody, Esq., dated December 5, 2013, and all exhibits annexed thereto, and the accompanying Memorandum of Law, dated December 5, 2013, and upon all of the prior pleadings and proceedings heretofore had herein, Michael S. Sitrick, by and through his undersigned counsel, will move this Court for an Order pursuant to Federal Rule of Appellate Procedure 8(a)(1)(A) staying enforcement of the November 22, 2013 Order in the above-captioned action pending appeal of the matter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, answering papers, if any, in connection with the foregoing Motion are to be served so as to be received by the undersigned, fourteen days after service of the moving papers, *i.e.*, by December 19, 2013, with reply papers in further support of the Motion to be served so as to be received within seven days after service of the answering papers, *i.e.*, by December 26, 2013.

Dated: New York, New York
December 5, 2013

                                        MCKOOL SMITH, P.C.

                                        By: /s/ Gayle R. Klein
                                        Gayle R. Klein
                                        John C. Briody
                                        Sachin S. Bansal
                                        Matthew Fleischman
                                        One Bryant Park, 47th Floor
                                        New York, NY 10017
                                        (212) 402-9400
                                        gklein@mckoolsmith.com

                                        *Attorneys for Michael S. Sitrick*