UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE OFFICE OF THE COMMISSIONER OF BASEBALL, <br><br> Petitioner, <br><br> -against- <br><br> MICHAEL S. SITRICK <br><br> Respondent. | 13 Civ. 7990 (ER) <br><br> (ECF) |

### DECLARATION OF JOHN C. BRIODY IN SUPPORT OF MICHAEL S. SITRICK'S MOTION TO STAY NOVEMBER 22, 2013 ORDER PENDING APPEAL

I, JOHN C. BRIODY, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am a principal of the law firm of McKool Smith, P.C., attorneys for Michael S. Sitrick in the above-captioned action. I am admitted to practice before this Court. I respectfully submit this declaration in support of Michael S. Sitrick's Motion to Stay November 22, 2013 Order Pending Appeal.

2. Attached hereto as Exhibit A is a true and correct copy of an article titled "As Alex Rodriguez's appeal ends, fight is just beginning," published on the New York Daily News website on November 21, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of e-mails, dated November 22, 2013 and November 23, 2013, exchanged between my colleague Peter J. Most of McKool Smith, P.C., and Mr. Howard Ganz. I was carbon copied on all of these messages.

[*Remainder of Page Intentionally Left Blank*]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 5, 2013

                                        By: /s/ John C. Briody
                                            JOHN C. BRIODY