UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE OFFICE OF THE COMMISSIONER OF
BASEBALL,

       Petitioner,

   - against -

MICHAEL S. SITRICK,

       Respondent.
-----------------------------------------------------------------x

**ORDER**

13 Civ. 7990 (ER)

RAMOS, D.J.:

  Pursuant to the discretion afforded the Court by Local Civil Rule 6.1, Respondent is hereby directed to submit any reply affidavits and memoranda of law with respect to his motion to stay this Court's November 22, 2013 Order by Thursday, December 12 at 6:00 p.m.

  The parties shall appear for a conference on Friday, December 13 at 9:30 a.m.

  SO ORDERED.

Dated:  December 10, 2013
     New York, New York

                Edgardo Ramos, U.S.D.J.