# EXHIBIT A

# Ganz, Howard L.

| | |
|---|---|
| **From:** | John C. Briody <jbriody@McKoolSmith.com> |
| **Sent:** | Thursday, November 21, 2013 8:33 AM |
| **To:** | Ganz, Howard L. |
| **Cc:** | Jordan W. Siev (JSiev@ReedSmith.com); Peter J. Most; Gayle R. Klein |
| **Subject:** | RE: Michael Sitrick |

Mr. Ganz:

Mr. Sitrick has said that he would cooperate to the extent he can. Apparently, you are not proceeding in the same manner. It is simply unreasonable to require Mr. Sitrick to drop everything he is doing and travel from Los Angeles to New York during Thanksgiving week. I was under the impression that you were going to call me concerning the possibility of Mr. Sitrick clearing space from his full schedule and making himself available for a telephonic appearance at the hearing--a proposal we believe would be very generous given our belief that the Judge was incorrect in ruling that the subpoena was enforceable, and thus he would prevail upon appeal. Given that you've rejected that proposal, you've left Mr. Sitrick no choice but to exercise his appellate rights.

I should add that we think it would be improper to seek any directive from the arbitrator where no Court order has been entered, and a 14-day stay applies to any enforcement of the order. FRCP 62.

John Briody | Principal | McKool Smith
1 Bryant Park, 47th Floor | New York, NY 10036
Telephone: 212.402.9438

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Ganz, Howard L. [mailto:HGanz@proskauer.com]
**Sent:** Wednesday, November 20, 2013 10:01 PM
**To:** John C. Briody
**Cc:** Jordan W. Siev (JSiev@ReedSmith.com)
**Subject:** Michael Sitrick

Mr. Briody:

We would like to be as cooperative as we can with respect to the appearance of Mr. Sitrick. However, the arbitration appears to be coming rapidly to a conclusion. When we spoke this morning, you said you would get back to me, but I have not heard from you. Absent some agreement on the appearance of Mr. Sitrick, we have little choice but to ask the Arbitrator, when the hearing resumes tomorrow morning at 9:30 a.m., to direct that Mr. Sitrick appear at a date and time as determined by the Arbitrator.

Thank you.

**Howard L. Ganz**
Member of the Firm

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3035
f 212.969.2900
hganz@proskauer.com

greenspaces
Please consider the environment before printing this email

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
To ensure compliance with requirements imposed by U.S. Treasury Regulations, Proskauer Rose LLP informs you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.