# EXHIBIT B

# Ganz, Howard L.

**From:** Ganz, Howard L.
**Sent:** Saturday, November 23, 2013 8:38 PM
**To:** 'Peter J. Most'
**Cc:** Gayle R. Klein; John C. Briody; Jordan W. Siev
**Subject:** RE: Commissioner's Subpoena to Mike Sitrick
**Attachments:** Baseball Sitrick Order No. 25.pdf


Peter –

This is to follow up on the conversation we had yesterday, in which I told you that, notwithstanding the press reports concerning the conclusion of the Rodriguez grievance proceedings, the Arbitration Panel made clear that it would entertain an application by the Office of the Commissioner to reopen the record based upon the results of our continuing efforts to enforce the subpoena served on Mr. Sitrick (as modified).

During our conversation, you said that you needed to get in touch with Mr. Sitrick and would then get back to me. Because, as you know, time is of the essence, I respectfully request that you advise us promptly as to where things stand.

Although I assume you already have it, attached is a copy of the order issued yesterday by Judge Ramos. We are, of course, prepared to discuss with you the means of Mr. Sitrick's compliance with the order, but we ask that you provide us with the documents in question (and, if you intend to withhold documents from production on grounds of privilege, a privilege log) by 5 p.m. (Eastern time) on Monday, November 25.

Thank you.


Howard L. Ganz
Member of the Firm

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3035
f 212.969.2900
hganz@proskauer.com


greenspaces
Please consider the environment before printing this email


**From:** Peter J. Most [mailto:PMost@McKoolSmithHennigan.com]
**Sent:** Friday, November 22, 2013 12:35 PM
**To:** Ganz, Howard L.
**Cc:** Gayle R. Klein; John C. Briody; Jordan W. Siev
**Subject:** Commissioner's Subpoena to Mike Sitrick

1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/22/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE OFFICE OF THE COMMISSIONER OF
BASEBALL,

                          Petitioner,

       - against -

MICHAEL S. SITRICK,

                          Respondent.
------------------------------------------------------------x

<u>ORDER</u>

13 Civ. 7990 (ER)

<u>RAMOS, D.J.</u>:

      Mr. Sitrick is ordered to comply with the subpoena to the extent that it seeks information and documents concerning whether he and/or Sitrick & Co. has or ever had possession, custody or control of any records (originals or copies, and whether in hard copy or electronic form) of Anthony Bosch, Biogenesis or related entities, except for any copies of such records that Mr. Sitrick and/or Sitrick & Co. may have obtained through publically available sources, such as through the media or the Internet, and, if so,

      a) whether Mr. Sitrick and/or Sitrick & Co. received any such documents from Mr. Rodriguez or others acting on his behalf, and

      b) whether Sitrick and/or Sitrick & Co. provided any such documents to *Yahoo! Sports*.

      Mr. Sitrick shall produce any such documents that are currently in his and/or Sitrick & Co.'s possession, custody or control, or, if such documents were at one time but no longer are in his and/or Sitrick & Co.'s possession, custody or control, what disposition was made of such documents.

Alternatively, if neither Mr. Sitrick nor Sitrick & Co. ever possessed the sought-after documents, then the Commissioner has provided a certification that can be signed to that effect.

Beyond these modifications to the subpoena issued to Mr. Sitrick, issues of privilege and relevance are to be decided by the arbitrator.

SO ORDERED.

Dated: November 22, 2013
New York, New York

_____
Edgardo Ramos, U.S.D.J.