# EXHIBIT C

# Ganz, Howard L.

| | |
|---|---|
| **From:** | Ganz, Howard L. |
| **Sent:** | Monday, December 02, 2013 6:09 PM |
| **To:** | Peter J. Most (PMost@McKoolSmithHennigan.com) |
| **Cc:** | Gayle R. Klein (gklein@McKoolSmith.com); John C. Briody; Jordan W. Siev (JSiev@ReedSmith.com) |
| **Subject:** | Commissioner's Subpoena to Mike Sitrick |

Peter –

In our telephone conversation on November 22, you acknowledged that documents covered by the Court's decision are in the possession, custody or control of Sitrick & Company. In an effort to accommodate Mr. Sitrick, we suggested that the production of such documents (together with a privilege log identifying any documents claimed to be privileged) and an affidavit from Mr. Sitrick providing the information described in the Court's order of November 22, 2103 might suffice to resolve the matter. We remain open to considering this form of resolution.

If you do not wish to pursue such a resolution, we will, of course, oppose any motion for a stay and we will have no alternative but to seek an order requiring Mr. Sitrick to show cause why he should not be held in contempt for his failure to comply with the Court's order.


**From:** Peter J. Most [mailto:PMost@McKoolSmithHennigan.com]
**Sent:** Monday, December 02, 2013 11:45 AM
**To:** Ganz, Howard L.
**Cc:** Gayle R. Klein; John C. Briody; Jordan W. Siev
**Subject:** Commissioner's Subpoena to Mike Sitrick

Howard,

While we appreciate your effort to accommodate Mr. Sitrick's schedule, we believe that the Court's Order should be challenged as contrary to law and unsound precedent. Accordingly, we will file in the next day or so a notice of appeal and a motion before Judge Ramos requesting a stay of the November 22nd Order during the pendency of Mr. Sitrick's appeal.

Peter

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with requirements imposed by U.S. Treasury Regulations, Proskauer Rose LLP informs you that any U.S. tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.