UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

THE OFFICE OF THE COMMISSIONER OF BASEBALL,

                       Petitioner,

- against -

MICHAEL S. SITRICK,

                       Respondent.

-------------------------------------------------------------x

**ORDER**

13 Civ. 7990 (ER)

RAMOS, D.J.:

    For the reasons set forth on the record of the proceedings held before the undersigned on December 13, 2013, Respondent's motion to stay this Court's November 22, 2013 Order pending appeal is GRANTED. The Clerk of the Court is respectfully directed to terminate the motion (Doc. 32).

    Petitioner's motion to hold Respondent in civil contempt, made via an Order to Show Cause that was hand-delivered to the Court on December 10, 2013, is DENIED.

    SO ORDERED.

Dated:    December 13, 2013
             New York, New York

                                                  Edgardo Ramos, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/13/2013