UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/19/14

THE OFFICE OF THE COMMISSIONER OF BASEBALL,

           Petitioner,

-against-

MICHAEL S. SITRICK

           Respondent.

[~~PROPOSED~~] ORDER

13 Civ. 7990 (ER)

ECF

RAMOS, D.J.

Upon consideration of the Unopposed Motion of Michael S. Sitrick to Lift the December 13, 2013 Stay and Vacate the November 22, 2013 Order (the "Motion") in the above-captioned matter, and the Court being fully advised, the Motion is GRANTED.

The Court hereby lifts its stay and vacates its November 22, 2013 order compelling Mr. Sitrick to produce documents and testify at the arbitration hearing.

The Court further orders that Mr. Sitrick is hereby relieved from any allegations that he must comply with the September 19, 2013 arbitration subpoena that was issued on behalf of the Office of the Commissioner of Baseball.

All parties are to bear their own costs, expenses and attorneys' fees.

SO ORDERED.

Dated: New York, New York
    ~~January~~ February 19, 2014

_____
Edgardo Ramos, U.S.D.J.