```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE OFFICE OF THE COMMISSIONER OF
BASEBALL,
                                   Plaintiff,

              - against -

MICHAEL SITRICK,

                                   Defendant.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2/27/14

**ORDER**

13 Civ. 7990 (ER)

EDGARDO RAMOS, United States District Judge:

As all matters pending before this Court have been decided, the Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated: New York, New York
       February 27, 2014

_____
Edgardo Ramos, U.S.D.J.